Tex.Cr.R. 432, 120 S.W.2d 1055; Murphy v. State, 130 Tex.Cr.R. 610, 95 S.W.2d 133.

Having reached the conclusion that the evidence is insufficient to support the conviction, the judgment is reversed and the cause remanded.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

### TIJERNIA v. STATE.
### No. 20474.

Court of Criminal Appeals of Texas.

June 14, 1939.

Rehearing Denied Oct. 18, 1939.

J. W. McCullough, of McKinney, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for driving an automobile upon a public highway while under the influence of intoxicating liquor; penalty assessed at a fine of $50 and confinement in the county jail for five days.

The record before us contains neither a statement of facts nor bills of exception. The indictment seems to be in proper form. All matters of procedure appearing regular, the judgment will be affirmed.

On Motion for Rehearing.

KRUEGER, Judge.

The appellant only complains in his motion for rehearing of the sufficiency of the indictment. We have again carefully examined the same and remained convinced that it is sufficient to charge the offense.

The motion for a rehearing is overruled.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

### GUERRA v. STATE.
### No. 20583.

Court of Criminal Appeals of Texas.

Oct. 11, 1939.

James Tafolla, Jr., of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Conviction for a misdemeanor; punishment being assessed at a fine of $25.

The complaint and information appear regular. The record is before this court without statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.